John E. Flaherty
Ravin R. Patel
Guillermo C. Artiles
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Defendant Duo Security Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKEFORCE TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> DUO SECURITY INCORPORATED, CENTRIFY CORPORATION, and TRUSTWAVE HOLDINGS, INC, <br><br>  Defendants. | No. 2:16-cv-3571-JMV-MF <br><br> Hon. John Michael Vazquez <br><br> LEAD CASE |

**SUPPLEMENTAL DECLARATION OF DARREN M. FRANKLIN
IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STAY
PENDING COMPLETION OF *INTER PARTES* REVIEW PROCEEDINGS**

I, Darren M. Franklin, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Centrify Corporation.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. This supplemental declaration is submitted in support of Defendants' Joint Motion to Stay Pending Completion of *Inter Partes* Review Proceedings.

4. Attached as **Exhibit 1** is the Form 10-K of StrikeForce Technologies, Inc. ("StrikeForce") submitted to the United States Securities Exchange Commission ("SEC"), for the year ending December 31, 2008, downloaded from the SEC's website.

5. Attached as **Exhibit 2** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2009, downloaded from the SEC's website.

6. Attached as **Exhibit 3** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2010 10-K, downloaded from the SEC's website.

7. Attached as **Exhibit 4** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2011 10-K, downloaded from the SEC's website.

8. Attached as **Exhibit 5** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2012 10-K, downloaded from the SEC's website.

9. Attached as **Exhibit 6** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2013 10-K, downloaded from the SEC's website.

10. Attached as **Exhibit 7** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2014 10-K, downloaded from the SEC's website.

11. Attached as **Exhibit 8** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2015 10-K, downloaded from the SEC's website.

12. Attached as **Exhibit 9** is StrikeForce's Form 10-K submitted to the SEC, for the year ending December 31, 2016 10-K, downloaded from the SEC's website.

13. Attached as **Exhibit 10** is a true and correct copy of the "Magic Quadrant for User Authentication" report published by Gartner, Inc, dated December 1, 2014.

14. Attached as **Exhibit 11** is a true and correct copy of another blog post published by Microsoft, titled "Windows Azure Active Authentication: Multi-Factor for Security and Compliance," which can be found at the following URL: https://blogs.technet.com/b/ad/archive/2013/06/12/windows-azure-active-authentication-multi-factor-for-security-and-compliance/.  This blog post was also attached as Exhibit D to the Declaration of Mary Jane Peal (D.I. 139), filed by PhoneFactor, Inc. in the Delaware litigation, *StrikeForce Technologies, Inc. v. PhoneFactor, Inc. et. al.,* No. 13-cv-490-RGA-MPT, D. Del, in support of its Opposition to StrikeForce's Motion for Leave to Join Microsoft Corporation to Amend its Complaint to Assert Claims Against Microsoft.

15. Attached as **Exhibit 12** is a true and correct copy of Microsoft's webpage for Microsoft Azure, titled "Multi-Factor Authentication," which can be found at the following URL: https://azure.microsoft.com/en-us/services/multi-factor-authentication/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of June, 2017, at Los Angeles, California.

*Darren Franklin*
_____
Darren M. Franklin